UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CURTO, RICHARD S § Case No. 11-35278
§
Debtor §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/30/2011 . The undersigned trustee was appointed on 08/30/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as Exhibit A.

4. The trustee realized gross receipts of        $        14,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 122.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 13,877.57 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5. Attached as Exhibit B is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/30/2016 and the deadline for filing governmental claims was 09/30/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as Exhibit C.

7. The Trustee's proposed distribution is attached as Exhibit D.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,150.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,150.00 , for a total compensation of $ 2,150.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.76 , for total expenses of $ 7.76 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2016                By: /s/JOSEPH E. COHEN
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 11-35278 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | CURTO, RICHARD S | | | Date Filed (f) or Converted (c): | 08/30/11 (f) |
| | | | | 341(a) Meeting Date: | 09/23/11 |
| For Period Ending: | 12/15/16 | | | Claims Bar Date: | 09/30/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. REAL ESTATE - 265 Brookside Rd, Barrington, IL | 600,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING - account ending 5220 | 150.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. APPAREL | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS, PICTURES | 500.00 | 0.00 | | 0.00 | FA |
|    Misc books, decorations, cds & artwork | | | | | |
| 7. JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
|    MIsc jewelry & watch | | | | | |
| 8. SPORTS EQUIPMENT | 350.00 | 0.00 | | 0.00 | FA |
|    Treadmill, exercise bike, pool table, golf clubs | | | | | |
| 9. Northwestern Mutual Whole Life Policy - 2375 | 5,711.79 | 0.00 | | 0.00 | FA |
| 10. Northwestern Mutual Whole Life Policy - 9504 | 48,244.68 | 0.00 | | 0.00 | FA |
| 11. IRA - Millennium Trsut Company Traditional - 6010 | 0.00 | 0.00 | | 0.00 | FA |
| 12. STOCK IN MULTIPLE LLCs | 14,000.00 | 0.00 | | 12,250.00 | FA |
|    1120 Club, LLC- 65% Membership Interest | | | | | |
|    RSC & Associates, LLC - Sole Member | | | | | |
|    RSC Oak Forest Development, Inc. - 55% Shareholder | | | | | |
|    RSC Oak Forest Retail, LLC - 43.93% membership interest | | | | | |
|    RSC Huron, LLC - 80% membership interest (Tee Abandoned Interest) | | | | | |
|    New Venture Holdings, LLC - 31.74 membership interest | | | | | |
|    Park East Developers, LLC - 13.15% membership interest | | | | | |
|    RSC Two West, LLC - 41% membership interest | | | | | |
|    634 North Grand LLC - 100% membership interest | | | | | |
|    CG America Manager, LLC - 100% membership interest | | | | | |
|    RSC FS, LLC - 100% membership interest | | | | | |
|    RSC Oak Forest Residential, Inc. - 55% shareholder | | | | | |

Case 11-35278   Doc 66   Filed 12/29/16   Entered 12/29/16 16:37:19   Desc Main
Document      Page 4 of 11

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

Case No: 11-35278   ABG   Judge: A. BENJAMIN GOLDGAR   Trustee Name: JOSEPH E. COHEN
Case Name: CURTO, RICHARD S
Date Filed (f) or Converted (c): 08/30/11 (f)
341(a) Meeting Date: 09/23/11
Claims Bar Date: 09/30/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| RSC NNN Partners, LLC - 99% membership interest | | | | | |
| Third HGI, LLC - 99% membership interest | | | | | |
| Third Horizon Group, LP - 99% interest | | | | | |
| 13. ACCOUNT RECEVIABLE | 14,902.94 | 10,000.00 | | 0.00 | FA |
| RSC & Associates, LLC   13,644.98 | | | | | |
| RSC Oak Forest Retail, LLC   414.50 | | | | | |
| Park East Square, LLC   37.22 | | | | | |
| RSC Huron LLC   806.24 | | | | | |
| 14. FAMILY TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2005 Audi A4 | 10,000.00 | 7,000.00 | | 0.00 | FA |
| 16. OFFICE EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| copy/fax/scanner | | | | | |
| 17. PETS | 0.00 | 0.00 | | 0.00 | FA |
| 18. MB Financial Bank Corp Checking Account - 2552 | 0.00 | 0.00 | | 0.00 | FA |
| 19. Chase Corporate Checking Acct - 6101 | 0.00 | 0.00 | | 0.00 | FA |
| 20. Fifth Third Bank Corporate Savings Acct - 4973 | 0.00 | 0.00 | | 0.00 | FA |
| 21. MB Financial Bank Corporate Checking Acct - 1465 | 0.00 | 0.00 | | 0.00 | FA |
| 22. Fifth Third Bank Corporate Checking Acct - 3612 | 0.00 | 0.00 | | 0.00 | FA |
| 23. First Midwest Bank Corporate Checking Acct - 3871 | 0.00 | 0.00 | | 0.00 | FA |
| 24. First Midwest Bank Corporate Checking Acct - 3889 | 0.00 | 0.00 | | 0.00 | FA |
| 25. MB Financial Bank Checking Account - 1295 | 0.00 | 0.00 | | 0.00 | FA |
| 26. MB Financial Bank Checking Acct - 5399 | 0.00 | 0.00 | | 0.00 | FA |
| 27. JP Morgan Chase Bank Checking Acct -7448 | 0.00 | 0.00 | | 0.00 | FA |
| 28. JP Morgan Chase Savings Acct 2273 | 25.00 | 0.00 | | 0.00 | FA |
| 29. ING Reliastar Term Life Ins Policy | 0.00 | 0.00 | | 0.00 | FA |
| 30. MetLife Term Life Ins Policy | 0.00 | 0.00 | | 0.00 | FA |

Case 11-35278 Doc 66 Filed 12/29/16 Entered 12/29/16 16:37:19 Desc Main
Document Page 5 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| Case No: | 11-35278 ABG Judge: A. BENJAMIN GOLDGAR | | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | CURTO, RICHARD S | | | Date Filed (f) or Converted (c): | 08/30/11 (f) |
| | | | | 341(a) Meeting Date: | 09/23/11 |
| | | | | Claims Bar Date: | 09/30/16 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. Lincoln Financial Group Life Ins Policy | | 17,246.53 | 0.00 | | 0.00 | FA |
| 32. Northwestern Mutual Whole Life Policy | | 22,980.69 | 0.00 | | 0.00 | FA |
| 33. Northwestern Mutual Extra Ordinary Life Policy | | 102,512.52 | 0.00 | | 0.00 | FA |
| 34. Northwestern Mutual Whole Life Policy | | 39,834.14 | 0.00 | | 0.00 | FA |
| 35. 2010 Lexus RX350 - leased | | 0.00 | 0.00 | | 0.00 | FA |
| 36. JP Morgan Chase Bank Corp Checking - 6010 | | 0.00 | 0.00 | | 0.00 | FA |
| 37. River North Retail, LLC (u) | | 0.00 | 0.00 | | 875.00 | FA |
| 38. Park East Square, LLC (u) | | 0.00 | 0.00 | | 875.00 | FA |
| TOTALS (Excluding Unknown Values) | | $879,608.29 | $17,000.00 | | $14,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE MOTION TO ACCEPT OFFER WAS APPROVED ON APRIL 29, 2016 - May 23, 2016. TRUSTEE TO FILE MOTION TO ACCEPT OFFER FOR LLC INTERESTS - 01/20/16. DEBTOR TO MAKE OFFER TO PURCHASE LLC INTERESTS - Oct. 31, 2015. TRUSTEE STILL WAITING FOR MORE DOCUMENTATION TO CONSIDER OFFERS - July 30, 2015. TRUSTEE WAS WAITING FOR MORE INFO ON LLC'S FROM DEBTOR- April 30, 2015. TRUSTEE IS FILING MOTION TO ACCEPT OFFER TO PURCHASE ASSETS - Jan. 17, 2015. TRUSTEE HAS EXAMINED DEBTOR AND REQUESTED VARIOUS BOOKS AND RECORDS FOR REVIEW. TRUSTEE MAYBE RECEVING OFFERS TO BUY MINORITY INTERESTS IN LLCS. TRUSTEE IS NEGOTIATING WITH PARTIES FOR PURCHASE OF INTERESTS IN VARIOUS LLC OWNED BY THE DEBTOR - January 15, 2014. SAME - April 30, 2014. DEBTOR IS CONSIDERING MAKING OFFER TO PURCHASE LLCS - July 17, 2014. NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/14     Current Projected Date of Final Report (TFR): 08/30/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-35278 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CURTO, RICHARD S | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6447  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3844 | | |
| For Period Ending: | 12/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/16 | | Richard Curto | Sale of LLCs | | 14,000.00 | | 14,000.00 |
| | 37 | | Memo Amount:    875.00 | 1229-000 | | | |
| | | | Liquidation of LLC | | | | |
| | 38 | | Memo Amount:    875.00 | 1229-000 | | | |
| | | | Liquidation of LLCs | | | | |
| | 12 | | Memo Amount:   12,250.00 | 1129-000 | | | |
| | | | Liquidation of LLCs | | | | |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.14 | 13,979.86 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.79 | 13,959.07 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.75 | 13,938.32 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.06 | 13,918.26 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.69 | 13,897.57 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.00 | 13,877.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 14,000.00 | | COLUMN TOTALS | 14,000.00 | 122.43 | 13,877.57 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 14,000.00 | 122.43 | |
| Memo Allocation Net: | 14,000.00 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 14,000.00 | 122.43 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 14,000.00 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | | Checking Account (Non-Interest Earn - *******6447 | 14,000.00 | 122.43 | 13,877.57 |
| Total Memo Allocation Net: | 14,000.00 | | | 14,000.00 | 122.43 | 13,877.57 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        14,000.00        122.43

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: | 11-35278 -ABG |
| Case Name: | CURTO, RICHARD S |
| Taxpayer ID No: | *******3844 |
| For Period Ending: | 12/15/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6447  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 15, 2016 |
|---|---|---|---|---|---|---|

Case Number: 11-35278  
Debtor Name: CURTO, RICHARD S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $2,157.76 | $0.00 | $2,157.76 |
| ADMIN 2 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $4,223.91 | $0.00 | $4,223.91 |
| 000001<br>070<br>7100-00 | Select Bank<br>c/o Thomas G. King / DSH<br>Kreis, Enderle, Hudgins & Borsos, PC<br>PO Box 4010<br>Kalamazoo, MI 49003-4010 | Unsecured | | $58,198.27 | $0.00 | $58,198.27 |
| 000002<br>070<br>7100-00 | Urban Partnership Bank<br>Attn: Legal Department<br>55 E. Jackson Blvd., 16th Floor<br>Chicago, IL 60604 | Unsecured | | $13,376,462.43 | $0.00 | $13,376,462.43 |
| 000003<br>070<br>7100-00 | Fifth Third Bank<br>MCSHANE & BOWIE P.L.C.<br>Attn: Charles W. Kierpiec<br>PO Box 360<br>Grand Rapids, MI 49501-0360 | Unsecured | | $11,931,771.97 | $0.00 | $11,931,771.97 |
| 000004<br>070<br>7100-00 | Brandenburg Family Associates<br>Eric Brandenburg<br>1122 Willow Street #200<br>San Jose, CA 95125 | Unsecured | | $3,735,699.56 | $0.00 | $3,735,699.56 |
| 000005<br>070<br>7100-00 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | | $15,315.03 | $0.00 | $15,315.03 |
| 000006<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $43,545.38 | $0.00 | $43,545.38 |
| | Case Totals: | | | $29,167,374.31 | $0.00 | $29,167,374.31 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-35278
Case Name: CURTO, RICHARD S
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 13,877.57

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,150.00 | $ 0.00 | $ 2,150.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 7.76 | $ 0.00 | $ 7.76 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 4,188.00 | $ 0.00 | $ 4,188.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 35.91 | $ 0.00 | $ 35.91 |

Total to be paid for chapter 7 administrative expenses $ 6,381.67

Remaining Balance $ 7,495.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,160,992.64 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.02570 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Select Bank | $ 58,198.27 | $ 0.00 | $ 14.96 |
| 000002 | Urban Partnership Bank | $ 13,376,462.43 | $ 0.00 | $ 3,438.45 |
| 000003 | Fifth Third Bank | $ 11,931,771.97 | $ 0.00 | $ 3,067.09 |
| 000004 | Brandenburg Family Associates | $ 3,735,699.56 | $ 0.00 | $ 960.27 |
| 000005 | Navient Solutions Inc. | $ 15,315.03 | $ 0.00 | $ 3.94 |
| 000006 | American Express Centurion Bank | $ 43,545.38 | $ 0.00 | $ 11.19 |

Total to be paid to timely general unsecured creditors     $ 7,495.90

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE