IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Richard S. Curto** | ) | No. 11 B 35278 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:     See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on December 30, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                BY:/s/ Joseph E. Cohen
                                               One of His Attorney

Service List:

Select Bank
c/o Thomas G. King/DSH
Kreis, Enderle, Hudgins & Borsos, PC
P.O. Box 4010
Kalamazoo, MI   49003-4010

Urban Partnership Bank
Attn:   Legal Department
55 E. Jackson Blvd, 16th Floor
Chicago, IL   60604

Fifth Third Bank
McShane & Bowie PLC
Attn:   Charles Kierpiec
P.O. Box 360
Grand Rapids, MI   49501

Brandenburg Family Assoc
Eric Brandenburg
1122 Willow Street, #200
San Jose, CA   95125

Navient Solutions, Inc.
220 Lasley Avenue
Wilkes-Barre, PA   18706

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355

Gregory Stern
gstern1@flash.net

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov