# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CURTO, RICHARD S | § | Case No. 11-35278 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 865,608.29
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants: 7,495.90

Claims Discharged
Without Payment: 66,257,356.40

Total Expenses of Administration: 6,504.10

3) Total gross receipts of $ 14,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 14,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,753,859.23 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,504.10 | 6,504.10 | 6,504.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,962,304.51 | 29,160,992.64 | 29,160,992.64 | 7,495.90 |
| **TOTAL DISBURSEMENTS** | $ 46,716,163.74 | $ 29,167,496.74 | $ 29,167,496.74 | $ 14,000.00 |

4)  This case was originally filed under chapter 7 on  08/30/2011 .  The case was pending for 71 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/23/2017            By:/s/JOSEPH E. COHEN
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK  IN MULTIPLE LLCs | 1129-000 | 12,250.00 |
| River North Retail, LLC | 1229-000 | 875.00 |
| Park East Square, LLC | 1229-000 | 875.00 |
| TOTAL GROSS RECEIPTS | | $ 14,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Audi Financial Services P.O. Box 3 Hillsboro, OR  97123 | | 13,132.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of American Home Loans Attn: Customer Service P.O. Box 5170 Simi Valley, CA  93062-5170 | | 633,969.82 | NA | NA | 0.00 |
| | Bradenburg Family Associates 1122 Willow Street, #200 San Jose, CA  95125 | | 3,685,715.01 | NA | NA | 0.00 |
| | Lincoln Financial Group P.O. Box 21008 Greensboro, NC  27420 | | 15,015.52 | NA | NA | 0.00 |
| | Northwestern Mutual 1 N Wacker Drive, Floor 46 Chicago, IL  60606 | | 21,241.34 | NA | NA | 0.00 |
| | Northwestern Mutual 1 N Wacker Drive, Floor 46 Chicago, IL  60606 | | 37,676.70 | NA | NA | 0.00 |
| | Northwestern Mutual 1 N WAcker Drive, Floor 46 Chicago, IL  60606 | | 42,826.43 | NA | NA | 0.00 |
| | Northwestern Mutual 1 N Wacker Drive, Floor 46 Chicago, IL  60606 | | 97,130.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwestern Mutual | | | | | |
| | 1 N Wacker Drve, Floor 46 | | | | | |
| | Chicago, IL  60606 | | 5,835.91 | NA | NA | 0.00 |
| | Wells Fargo Bank, NA | | | | | |
| | P.O. Box 4233 | | | | | |
| | Portland, OR  97208-4233 | | 201,315.47 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 4,753,859.23 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 2,150.00 | 2,150.00 | 2,150.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 7.76 | 7.76 | 7.76 |
| ASSOCIATED BANK | 2600-000 | NA | 122.43 | 122.43 | 122.43 |
| COHEN & KROL | 3110-000 | NA | 2,792.01 | 2,792.01 | 2,792.01 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,395.99 | 1,395.99 | 1,395.99 |
| COHEN & KROL | 3120-000 | NA | 35.91 | 35.91 | 35.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 6,504.10 | $ 6,504.10 | $ 6,504.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL  60664-0338 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Services Centralized Insolvency Operations P.O. Box 7317 Philadelphia, PA  19101 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1120 Lake Street Holdings, LLC<br>Attn: Antonio Vallado<br>10644 Indogo Blossom Lane<br>San Diego, CA 92121 | | 448,273.19 | NA | NA | 0.00 |
| | Bayview Loan Servicing<br>Attn: Bankruptcy<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146 | | 2,516,929.74 | NA | NA | 0.00 |
| | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | | 33,631.36 | NA | NA | 0.00 |
| | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | 6,859.72 | NA | NA | 0.00 |
| | Dave Devries<br>1530 Crystal Valley Ct.<br>Caledonia, MI 49316 | | 125,000.00 | NA | NA | 0.00 |
| | Downtown Development Authority<br>City Hall, 9th Flr<br>300 Monroe Avenue, NW<br>Grand Rapids, MI 49503 | | 898,848.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fitzgerald Condo Assoc c/o Maplegrove Property Mgmt 1575 Watertower Place East Lansing, MI  48823 | | 0.00 | NA | NA | 0.00 |
| | Fitzgerlad Investors, LLC 15 Ionia Street, SW, Ste 630 Grand Rapids, MI  49503 | | 420,691.00 | NA | NA | 0.00 |
| | General Retirement System - Detroit 908 Coleman A. Young Municipal Ctr Attn:  Executive Secretary Detroit, MI  48226 | | 8,979,486.00 | NA | NA | 0.00 |
| | Harris, NA Attn:  Kenneth Stoklosa 111 West Monroe Street Chicago, IL  60690 | | 2,872,163.00 | NA | NA | 0.00 |
| | Hyde Park Bank 1525 East 53rd Street Chicago, IL  60615 | | 910,000.00 | NA | NA | 0.00 |
| | Hyde Park Bank 1525 East 53rd Street Chicago, IL  60615 | | 89,327.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank<br>P.O. Box 183164<br>Columbus, OH  43218 | | 38,943.00 | NA | NA | 0.00 |
| | Kohl's<br>P.O. Box 3043<br>Milwaukee, WI  53201 | | 46.87 | NA | NA | 0.00 |
| | Lexus Financial Services<br>P.O. Box 8026<br>Cedar Rapids, IA  52408-8026 | | 8,280.00 | NA | NA | 0.00 |
| | Lower Woodward Housing Fund<br>600 Renaissance Center, Suite 1710<br>Detroit, MI  48243 | | 425,000.00 | NA | NA | 0.00 |
| | MB Financial Bank, NA<br>6111 N. River Road<br>Rosemont, IL  60018 | | 457,500.00 | NA | NA | 0.00 |
| | Pioneer Acquisitions, LLC<br>Attn:  James Peterson<br>36 West 44th Street, Ste 1302<br>New York, NY  10036 | | 204,000.00 | NA | NA | 0.00 |
| | Sallie Mae<br>P.O. Box 9500<br>Wilkes-Barre, PA  18773 | | 17,974.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shore Bank 14533 Mack Avenue Detroit, MI 48215 | | 14,000,000.00 | NA | NA | 0.00 |
| | Treasurer of the City of Detroit 2 Woodward Avenue Detroit, MI 48226 | | 0.00 | NA | NA | 0.00 |
| | US Bancorp US Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 | | 1,901,250.00 | NA | NA | 0.00 |
| | WF Business Direct P.O. Box 348750 Sacramento, CA 95834 | | 50,410.82 | NA | NA | 0.00 |
| | Wells Fargo Bank NA 733 Marquette Avenue, 10th Flr Minneapolis, MN 55402 | | 2,699,245.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 33,682.46 | 43,545.38 | 43,545.38 | 11.19 |
| 000004 | BRANDENBURG FAMILY ASSOCIATES | 7100-000 | NA | 3,735,699.56 | 3,735,699.56 | 960.27 |
| 000003 | FIFTH THIRD BANK | 7100-000 | 4,766,641.60 | 11,931,771.97 | 11,931,771.97 | 3,067.09 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | NAVIENT SOLUTIONS INC. | 7100-000 | NA | 15,315.03 | 15,315.03 | 3.94 |
| 000001 | SELECT BANK | 7100-000 | 58,120.79 | 58,198.27 | 58,198.27 | 14.96 |
| 000002 | URBAN PARTNERSHIP BANK | 7100-000 | NA | 13,376,462.43 | 13,376,462.43 | 3,438.45 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 41,962,304.51 | $ 29,160,992.64 | $ 29,160,992.64 | $ 7,495.90 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 11-35278   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | CURTO, RICHARD S |
| For Period Ending: | 06/23/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 08/30/11 (f) |
| 341(a) Meeting Date: | 09/23/11 |
| Claims Bar Date: | 09/30/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. REAL ESTATE - 265 Brookside Rd, Barrington, IL | 600,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING - account ending 5220 | 150.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. APPAREL | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS, PICTURES<br>    Misc books, decorations, cds & artwork | 500.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY<br>    MIsc jewelry & watch | 150.00 | 0.00 | | 0.00 | FA |
| 8. SPORTS EQUIPMENT<br>    Treadmill, exercise bike, pool table, golf clubs | 350.00 | 0.00 | | 0.00 | FA |
| 9. Northwestern Mutual Whole Life Policy - 2375 | 5,711.79 | 0.00 | | 0.00 | FA |
| 10. Northwestern Mutual Whole Life Policy - 9504 | 48,244.68 | 0.00 | | 0.00 | FA |
| 11. IRA - Millennium Trsut Company Traditional - 6010 | 0.00 | 0.00 | | 0.00 | FA |
| 12. STOCK  IN MULTIPLE LLCs | 14,000.00 | 0.00 | | 12,250.00 | FA |
|     1120 Club, LLC- 65% Membership Interest<br>    RSC & Associates, LLC - Sole Member<br>    RSC Oak Forest Development, Inc. - 55% Shareholder<br>    RSC Oak Forest Retail, LLC - 43.93% membership interest<br>    RSC Huron, LLC - 80% membership interest (Tee Abandoned Interest)<br>    New Venture Holdings, LLC - 31.74 membership interest<br>    Park East Developers, LLC - 13.15% membership interest<br>    RSC Two West, LLC - 41% membership interest<br>    634 North Grand LLC - 100% membership interest<br>    CG America Manager, LLC - 100% membership interest<br>    RSC FS, LLC - 100% membership interest<br>    RSC Oak Forest Residential, Inc. - 55% shareholder | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 11-35278   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | CURTO, RICHARD S |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 08/30/11 (f) |
| 341(a) Meeting Date: | 09/23/11 |
| Claims Bar Date: | 09/30/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| RSC NNN Partners, LLC - 99% membership interest | | | | | |
| Third HGI, LLC - 99% membership interest | | | | | |
| Third Horizon Group, LP - 99% interest | | | | | |
| 13. ACCOUNT RECEIVABLE | 14,902.94 | 10,000.00 | | 0.00 | FA |
| RSC & Associates, LLC   13,644.98 | | | | | |
| RSC Oak Forest Retail, LLC   414.50 | | | | | |
| Park East Square, LLC   37.22 | | | | | |
| RSC Huron LLC   806.24 | | | | | |
| 14. FAMILY TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2005 Audi A4 | 10,000.00 | 7,000.00 | | 0.00 | FA |
| 16. OFFICE EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| copy/fax/scanner | | | | | |
| 17. PETS | 0.00 | 0.00 | | 0.00 | FA |
| 18. MB Financial Bank Corp Checking Account - 2552 | 0.00 | 0.00 | | 0.00 | FA |
| 19. Chase Corporate Checking Acct - 6101 | 0.00 | 0.00 | | 0.00 | FA |
| 20. Fifth Third Bank Corporate Savings Acct - 4973 | 0.00 | 0.00 | | 0.00 | FA |
| 21. MB Financial Bank Corporate Checking Acct - 1465 | 0.00 | 0.00 | | 0.00 | FA |
| 22. Fifth Third Bank Corporate Checking Acct - 3612 | 0.00 | 0.00 | | 0.00 | FA |
| 23. First Midwest Bank Corporate Checking Acct - 3871 | 0.00 | 0.00 | | 0.00 | FA |
| 24. First Midwest Bank Corporate Checking Acct - 3889 | 0.00 | 0.00 | | 0.00 | FA |
| 25. MB Financial Bank Checking Account - 1295 | 0.00 | 0.00 | | 0.00 | FA |
| 26. MB Financial Bank Checking Acct - 5399 | 0.00 | 0.00 | | 0.00 | FA |
| 27. JP Morgan Chase Bank Checking Acct -7448 | 0.00 | 0.00 | | 0.00 | FA |
| 28. JP Morgan Chase Savings Acct 2273 | 25.00 | 0.00 | | 0.00 | FA |
| 29. ING Reliastar Term Life Ins Policy | 0.00 | 0.00 | | 0.00 | FA |
| 30. MetLife Term Life Ins Policy | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| Case No: | 11-35278   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CURTO, RICHARD S | | Date Filed (f) or Converted (c): | 08/30/11 (f) |
| | | | 341(a) Meeting Date: | 09/23/11 |
| | | | Claims Bar Date: | 09/30/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. Lincoln Financial Group Life Ins Policy | 17,246.53 | 0.00 | | 0.00 | FA |
| 32. Northwestern Mutual Whole Life Policy | 22,980.69 | 0.00 | | 0.00 | FA |
| 33. Northwestern Mutual Extra Ordinary Life Policy | 102,512.52 | 0.00 | | 0.00 | FA |
| 34. Northwestern Mutual Whole Life Policy | 39,834.14 | 0.00 | | 0.00 | FA |
| 35. 2010 Lexus RX350 - leased | 0.00 | 0.00 | | 0.00 | FA |
| 36. JP Morgan Chase Bank Corp Checking - 6010 | 0.00 | 0.00 | | 0.00 | FA |
| 37. River North Retail, LLC (u) | 0.00 | 0.00 | | 875.00 | FA |
| 38. Park East Square, LLC (u) | 0.00 | 0.00 | | 875.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $879,608.29      $17,000.00      $14,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SET FOR 2/3/17 - 1/18/17. TRUSTEE SUBMITTED TFR TO US TRUSTEE FOR REVIEW December 16, 2016, 09:43 am .  TRUSTEE WORKING ON HIS TFR - 10/31/16.
THE MOTION TO ACCEPT OFFER WAS APPROVED ON APRIL 29, 2016 - 7/31/16. TRUSTEE TO FILE MOTION TO ACCEPT OFFER FOR LLC INTERESTS - 01/20/16. DEBTOR TO MAKE OFFER TO PURCHASE LLC INTERESTS - Oct. 31, 2015. TRUSTEE STILL WAITING FOR MORE DOCUMENTATION TO CONSIDER OFFERS - July 30, 2015. TRUSTEE WAS WAITING FOR MORE INFO ON LLC'S FROM DEBTOR- April 30, 2015. TRUSTEE IS FILING MOTION TO ACCEPT OFFER TO PURCHASE ASSETS - Jan. 17, 2015.  TRUSTEE HAS EXAMINED DEBTOR AND REQUESTED VARIOUS BOOKS AND RECORDS FOR REVIEW.  TRUSTEE MAYBE RECEVING OFFERS TO BUY MINORITY INTERESTS IN LLCS. TRUSTEE IS NEGOTIATING WITH PARTIES FOR PURCHASE OF INTERESTS IN VARIOUS LLC OWNED BY THE DEBTOR - January 15, 2014. SAME - April 30, 2014.  DEBTOR IS CONSIDERING MAKING OFFER TO PURCHASE LLCS - July 17, 2014. NO CHANGE - Oct. 25, 2014.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      4

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-35278    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | CURTO, RICHARD S | Date Filed (f) or Converted (c):  08/30/11 (f) |
| | | 341(a) Meeting Date:    09/23/11 |
| | | Claims Bar Date:    09/30/16 |

Initial Projected Date of Final Report (TFR): 04/30/14        Current Projected Date of Final Report (TFR): 08/30/16

Ver: 20.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-35278 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CURTO, RICHARD S | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6447 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3844 | | |
| For Period Ending: | 06/23/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/16 | | Richard Curto | Sale of LLCs | | 14,000.00 | | 14,000.00 |
| | 37 | | Memo Amount: 875.00 | 1229-000 | | | |
| | | | Liquidation of LLC | | | | |
| | 38 | | Memo Amount: 875.00 | 1229-000 | | | |
| | | | Liquidation of LLCs | | | | |
| | 12 | | Memo Amount: 12,250.00 | 1129-000 | | | |
| | | | Liquidation of LLCs | | | | |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.14 | 13,979.86 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.79 | 13,959.07 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.75 | 13,938.32 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.06 | 13,918.26 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.69 | 13,897.57 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.00 | 13,877.57 |
| 02/03/17 | 300001 | JOSEPH E. COHEN, Trustee 105 W. Madison, Ste 1100 Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | | | 2,157.76 | 11,719.81 |
| | | | Fees 2,150.00 | 2100-000 | | | |
| | | | Expenses 7.76 | 2200-000 | | | |
| 02/03/17 | 300002 | COHEN & KROL, Attorneys 105 West Madison Street Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | 2,827.92 | 8,891.89 |
| | | | Fees 2,792.01 | 3110-000 | | | |
| | | | Expenses 35.91 | 3120-000 | | | |
| 02/03/17 | 300003 | JOSEPH E. COHEN, Attorney 105 W Madison Suite 1100 Chicago, IL 60602 | Claim ADMIN 3, Payment 100.00000% | 3110-000 | | 1,395.99 | 7,495.90 |
| 02/03/17 | 300004 | Select Bank | Claim 000001, Payment 0.02571% | 7100-000 | | 14.96 | 7,480.94 |

| | Page Subtotals | 14,000.00 | 6,519.06 |
|---|---|---|---|

Ver: 20.00b

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-35278  -ABG |
| Case Name: | CURTO, RICHARD S |
| | |
| Taxpayer ID No: | *******3844 |
| For Period Ending: | 06/23/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6447  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | c/o Thomas G. King / DSH | (1-1) Promissory Note given | | | | |
| | | | Kreis, Enderle, Hudgins & Borsos, PC | relative to Deed-in-Lieu of Foreclosure | | | | |
| | | | PO Box 4010 | | | | | |
| | | | Kalamazoo, MI 49003-4010 | | | | | |
| | 02/03/17 | 300005 | Urban Partnership Bank | Claim 000002, Payment 0.02571% | 7100-000 | | 3,438.45 | 4,042.49 |
| | | | Attn: Legal Department | | | | | |
| | | | 55 E. Jackson Blvd., 16th Floor | | | | | |
| | | | Chicago, IL 60604 | | | | | |
| * | 02/03/17 | 300006 | Fifth Third Bank | Claim 000003, Payment 0.02571% | 7100-003 | | 3,067.09 | 975.40 |
| | | | MCSHANE & BOWIE P.L.C. | (3-1) loans guaranteed | | | | |
| | | | Attn: Charles W. Kierpiec | (3-1) | | | | |
| | | | PO Box 360 | Modified on 12/14/2011 to correct creditors address | | | | |
| | | | Grand Rapids, MI 49501-0360 | (DEM) | | | | |
| | 02/03/17 | 300007 | Brandenburg Family Associates | Claim 000004, Payment 0.02571% | 7100-000 | | 960.27 | 15.13 |
| | | | Eric Brandenburg | | | | | |
| | | | 1122 Willow Street #200 | | | | | |
| | | | San Jose, CA 95125 | | | | | |
| | 02/03/17 | 300008 | Navient Solutions Inc. | Claim 000005, Payment 0.02573% | 7100-000 | | 3.94 | 11.19 |
| | | | 220 Lasley Ave | | | | | |
| | | | Wilkes-Barre, PA 18706 | | | | | |
| | 02/03/17 | 300009 | American Express Centurion Bank | Claim 000006, Payment 0.02570% | 7100-000 | | 11.19 | 0.00 |
| | | | c/o Becket and Lee LLP | | | | | |
| | | | PO Box 3001 | | | | | |
| | | | Malvern PA 19355-0701 | | | | | |
| * | 03/15/17 | 300006 | Fifth Third Bank | Claim 000003, Payment 0.02571% | 7100-003 | | -3,067.09 | 3,067.09 |
| | | | MCSHANE & BOWIE P.L.C. | | | | | |
| | | | Attn: Charles W. Kierpiec | | | | | |
| | | | PO Box 360 | | | | | |
| | | | Grand Rapids, MI 49501-0360 | | | | | |
| | 03/15/17 | 300010 | Fifth Third Bank | (3-1) loans guaranteed | 7100-000 | | 3,067.09 | 0.00 |

Page Subtotals        0.00        7,480.94

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2                                                                                          Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | |
|---|---|
| Case No: | 11-35278  -ABG |
| Case Name: | CURTO, RICHARD S |
| Taxpayer ID No: | *******3844 |
| For Period Ending: | 06/23/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6447  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MCSHANE & BOWIE P.L.C.<br>Attn: Charles W. Kierpiec<br>PO Box 360<br>Grand Rapids, MI 49501-0360 | (3-1)<br>Modified on 12/14/2011 to correct creditors address (DEM) | | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 14,000.00 | COLUMN TOTALS | 14,000.00 | 14,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 14,000.00 | 14,000.00 | |
| Memo Allocation Net: | 14,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 14,000.00 | 14,000.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 14,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******6447 | 14,000.00 | 14,000.00 | 0.00 |
| Total Memo Allocation Net: | 14,000.00 | | 14,000.00 | 14,000.00 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00              0.00

Ver: 20.00b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*